**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Teamsters Local 807
                                           NOTICE OF ASSIGNMENT
            -v-
                                           7:08 cv 1845(KMK)(GAY)

MBIA, Inc.
------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of

JUDGE: Kenneth M. Karas

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 3/11/08

J. Michael McMahon, CLERK
by: _____
Deputy Clerk

CC: Attorneys of Record

CASE REDESIGNATED TO: George A. Yanthis

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004